**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Stephanie J. Brooks<br>　　　　　Debtor(s)<br>FLAGSTAR BANK, N.A.<br>　　　　　Movant<br>v.<br>Stephanie J. Brooks<br>　　　　　Respondent(s) | Chapter: 13<br><br>Case No: 26-12336-djb |

**OBJECTION OF FLAGSTAR BANK, N.A. TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 305 BOK RD, WYNCOTE, PA 19095**

FLAGSTAR BANK, N.A. (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Stephanie J. Brooks (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On July 27, 2012, Stephanie Brooks-Manning signed a note in the principal sum of $268,028.00 evidencing a loan from First Financial Services, Inc., A Corporation in the same amount, secured by the real property located at 305 Bok Rd, Wyncote, PA 19095 (hereinafter, the "Property"), as evidenced by a mortgage executed by George Manning and Stephanie Brooks-Manning in favor of Mortgage Electronic Registration Systems Inc., as Nominee for First Financial Services, Inc., A Corporation, which mortgage is duly recorded with the Recorder of Deeds for Montgomery County on July 31, 2012 at Book 13369 at Page 01304.

2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

3. Debtor filed the Chapter 13 Bankruptcy Petition on May 29, 2026 and as a result, any State Court proceedings were stayed.

4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

    a.    The Plan is infeasible in that the Plan:

        i.    is underfunded and does not provide sufficient funds to pay the claims

        ii.    does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $61,248.15 (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim).

    b.    The Plan does not adequately provide for post-petition payments in the amount of $3,102.93.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6.  This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, FLAGSTAR BANK, N.A., respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully submitted,

STERN & EISENBERG, PC

By:_ /s/ Daniel P. Jones_
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: July 7, 2026                                    Counsel for Movant